651 A.2d 529

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Wayne HUBLER, Appellee.**

Supreme Court of Pennsylvania.

Quashed Jan. 18, 1994.

Reconsideration Denied Feb. 24, 1994.

ORDER

PER CURIAM:

AND NOW, this 18th day of January, 1994, the appeal is hereby quashed.

Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800,

due to the unavailability of Justice ROLF LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

Justice LARSEN did not participate in the consideration or decision of this matter.